U.S.A. vs. Isaac P. Bond                                                Docket No.  5:10-MJ-1366-1

### Petition for Action on Probation

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Isaac P. Bond, who, upon an earlier plea of guilty to Careless and Reckless Driving in violation of 18 U.S.C. § 13 assimilating N.C.G.S. 20-140, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on November 2, 2010, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions: The defendant shall pay a fine in the amount of $250.00 and special assessment in the amount of $10.00.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has failed to pay the monetary obligation as ordered. His supervision is scheduled to expire November 1, 2011, with a current outstanding balance of $235.00. He has suffered from periods of unemployment but hopes to obtain a job in the near future. It is recommended to extend the term of probation supervision for a period of 3 months to allow him to address this obligation. The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

That the term of supervision be extended 3 months from the expiration date of November 1, 2011, until February 1, 2012.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

 /s/ Robert K. Britt
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone:  (910) 483-8613
Executed On:   October 11, 2011

### ORDER OF COURT

Considered and ordered this   11th  day of   October         , 2011, and ordered filed and made a part of the records in the above case.

James E. Gates
United States Magistrate Judge