UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-MJ-1366-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| **Isaac P. Bond** | ) | |

On November 2, 2010, Isaac P. Bond appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Careless and Reckless Driving in violation of 18 U.S.C. §13 assimilating N.C.G.S. 20-140, was sentenced to a 12-month term of probation. On October 11, 2011, the term of probation was extended until February 1, 2012.

From evidence presented at the revocation hearing on January 10, 2012, the court finds as a fact that Isaac P. Bond, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. The offender has absconded from supervision.
2. Failure to pay a monetary obligation.
3. Failure to submit truthful and complete written reports within the first five days of each month.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

That the term of supervision be extended for 6 months from the expiration date of February 1, 2012 until August 1, 2012.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 10th day of January, 2012.

_____
James E. Gates
United States Magistrate Judge