UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

U.S.A. vs. Isaac P. Bond             Docket No. 5:10-MJ-1366-1

## Petition for Action on Probation

    COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Isaac P. Bond, who, upon an earlier plea of guilty to Careless and Reckless Driving in violation of 18 U.S.C. § 13 assimilating N.C.G.S. 20- 140, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on November 2, 2010, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions: The defendant shall pay a fine in the amount of $250.00 and special assessment in the amount of $10.00.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has failed to pay the monetary obligation as ordered. His supervision was originally scheduled to expire on November 1, 2011. On October 11, 2011, the term of supervision was extended for a period of three months until February 1, 2012, to allow him additional time to satisfy this obligation. On January 10, 2012, Mr. Bond was returned to court for a revocation hearing at which the term of supervision was continued and extended to August 1, 2012. As of this date he still has failed to satisfy this obligation. He has a current outstanding balance of $235.00. He has suffered from periods of unemployment but states that he recently obtained a job with a grocery retailer in Clayton, North Carolina, and should be able to satisfy this obligation within two weeks. In all other areas of his supervision, Mr. Bond has been in compliance. It is recommended to extend the term of probation supervision for an additional period of 6 months to allow him to address this obligation. The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

    **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

That the term of supervision be extended 6 months from the expiration date of August 1, 2012, until January 31, 2013.

Except as herein modified, the judgment shall remain in full force and effect.

                                                            I declare under penalty of perjury that the foregoing is true and correct.

                                                            /s/ Robert K. Britt
                                                            U.S. Probation Officer
                                                            310 Dick Street
                                                           Fayetteville, NC 28301-5730
                                                           Phone: (910) 483-8613
                                                           Executed On: July 10, 2012

## ORDER OF COURT

Considered and ordered this  11th  day of   July  , 2012, and ordered filed and made a part of the records in the above case.

James E. Gates
United States Magistrate Judge